UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
SAIM SARWAR.,                                       :
                                                    :
                Plaintiff,              :       **ORDER**
                                                    :
v.                                                  :
                                                    :       20 CV 9430 (VB)
                                                    :
SAI RAM GROUP LLC,                                  :
                Defendant.              :
--------------------------------------------------------------x

       On November 12, 2020, plaintiff commenced the instant action against defendant Sai Ram Group LLC.

       On December 8, 2020, plaintiff docketed a proof of service indicating service on defendant on November 23, 2020.  (Doc. #7).  Accordingly, defendant had until December 14, 2020, to respond to the complaint.  See Fed. R. Civ. P. 12(a)(1)(A)(i).

       To date, defendant has not answered, moved, or otherwise responded to the complaint.

       Accordingly, provided that defendant remains in default, plaintiff is ORDERED to seek a certificate of default as to defendant by **December 28, 2020**, and thereafter to move, by order to show cause and in accordance with the Court's Individual Practices, for default judgment against defendant by **January 11, 2021**.  **If plaintiff fails to satisfy either deadline, the Court may dismiss the case without prejudice for failure to prosecute or failure to comply with court orders.  Fed. R. Civ. P. 41(b).**

Dated: December 21, 2020
       White Plains, NY

                                                     SO ORDERED:

                                                     Vincent L. Briccetti
                                                     United States District Judge